# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO LEVY,<br><br>                Plaintiff,<br>  v.<br>GMAC WHOLESALE MORTGAGE CORP.,<br><br>                Defendant. | Case No. 10cv1701 BTM(CAB)<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER** |

      Plaintiff has filed an application for a temporary restraining order. Plaintiff asks the Court to enjoin the foreclosure sale of his home. According to Plaintiff, the sale is scheduled to take place on August 26 or 28, 2010.

      Injunctive relief is an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief. <u>Winter v. Natural Res. Def. Council, Inc.</u>, __ U.S. __, 129 S. Ct. 365, 375-76 (2008). A plaintiff seeking preliminary injunctive relief "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." <u>Id.</u>

      Plaintiff has not established that he is likely to succeed on the merits. In his application, Plaintiff alleges that (1) "Defendant has no agency to represent the real party in interest"; (2) "the alleged real party in interest is unable to prove standing [to] foreclose

against the property; and (3) "the lender committed numerous acts . . . that have the effect of rendering the contract, through which defendant claims authority, void and unenforceable." However, Plaintiff does not provide any facts or evidence in support of his claims. The Complaint (titled "Original Petition") itself is a rambling document that appears to be based on some other form pleading(s) and does not set forth specific facts regarding Plaintiff's loan or GMAC Wholesale Mortgage Corp.'s actions.

The Court cannot issue a temporary restraining order based on bare allegations of wrongdoing. Therefore, Plaintiff's application for a temporary restraining order is **DENIED**. **IT IS SO ORDERED.**

DATED: August 19, 2010

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge